1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

| VIA LICENSING CORPORATION, | Case No. 18-cv-01206-YGR |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| HISENSE INTERNATIONAL CO., LTD., et al., | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 10, 2018 at 2:00 p.m. |
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | August 17, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with court approval |
| NON-EXPERT DISCOVERY CUTOFF: | January 15, 2019 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: February 1, 2019<br>Rebuttal: February 15, 2019 |
| EXPERT DISCOVERY CUTOFF: | March 1, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | April 30, 2019 [Filed by 3/26/19] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, July 19, 2019 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | July 26, 2019 |
| PRETRIAL CONFERENCE: | Friday, August 9, 2019 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| TRIAL DATE AND LENGTH: | Monday, August 26, 2019 at 8:30 a.m. |
| | (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, July 19, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by June 29, 2018 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, July 6, 2018 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By June 29, 2018, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 13, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge