# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIA LICENSING CORPORATION,**<br>Plaintiff,<br>vs.<br>**HISENSE INTERNATIONAL CO., LTD., ET AL.,**<br>Defendants. | CASE NO. 18-cv-01206-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS**<br>Re: Dkt. No. 40 |

On July 31, 2018, the Court heard oral argument on defendants' motion to dismiss, which was fully briefed. (Dkt. Nos. 40, 47, 52.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, defendants' motion to dismiss is **GRANTED** with leave to amend. Accordingly, and as noted on the record, plaintiff **SHALL** file its amended complaint no later than **Tuesday, August 21, 2018** and defendants' **SHALL** file their response no later than **Tuesday, September 11, 2018**.

This Order terminates Docket Number 40.

**IT IS SO ORDERED.**

Dated: August 1, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**